1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    MARIO NAVARRO,                    )    No. C 12-02142 EJD (PR)
                                        )
            Plaintiff,                  )    ORDER OF TRANSFER
12                                      )
       vs.                             )
13                                      )
                                        )
14    MATTHEW CATE, et al.,             )
                                        )
15          Defendants.                 )
                                        )
16    _____

17        Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action

18    pursuant to 42 U.S.C. § 1983, challenging the conditions of his confinement at Ironwood

19    State Prison ("ISP") in Blythe, California. Blythe is located in the County of Riverside,

20    which lies within the venue of the Eastern Division of the Central District of California.

21    Id. § 84(c)(1).

22        When jurisdiction is not founded solely on diversity, venue is proper in the district

23    in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the

24    district in which a substantial part of the events or omissions giving rise to the claim

25    occurred, or a substantial part of property that is the subject of the action is situated, or (3)

26    a judicial district in which any defendant may be found, if there is no district in which the

27    action may otherwise be brought. 28 U.S.C. § 1391(b). As a substantial part of the

28    events or omissions giving rise to the claim occurred in the Central District, venue

Order of Transfer
02142Navarro_transfer.wpd                    1

1   properly lies in that district.  See 28 U.S.C. § 1391(b).

2          Accordingly, this case is TRANSFERRED to the United States District Court for

3   the Eastern Division of the Central District of California.  See 28 U.S. C. § 1406(a).  The

4   Clerk shall terminate any pending motions and transfer the entire file to the Central

5   District of California.

6

7   DATED:  _____7/24/2012_____   _____

8                                                    EDWARD J. DAVILA
                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
02142Navarro_transfer.wpd                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MARIO NAVARRO,

              Plaintiff,

  v.

MATTHEW CATE, et al.,

              Defendants.

                                        /

Case Number: CV12-02142 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/25/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Mario Navarro V-31698
CSP-Ironwood State Prison
P. O. Box 2199
Blythe, CA 92226-2199


Dated: _____7/25/2012_____

                        Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk